**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **CHRISTOPHER HIRALDO DISLA** | **CIVIL ACTION 6:26-CV-00929 SEC P** |
| **VERSUS** | **JUDGE ALEXANDER C. VAN HOOK** |
| **BRYAN PATTERSON ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

# MEMORANDUM ORDER

Petitioner Christopher Hiraldo Disla ("Disla") filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 challenging his continued detention.

On January 13, 2026, an Immigration Judge found Disla inadmissible but granted Cancellation of Removal for Lawful Permanent Residents under section 240A(a) of the Immigration and Nationality Act. Doc. 1 at 8. The Government appealed to the Board of Immigration Appeals ("BIA"). Doc. 1-2 at 2.

The Government argues that Disla is mandatorily detained under 8 U.S.C. § 1225(b).

The record does not contain Disla's alien registration number, so the status of Disla's removal proceedings and current detention is unknown.

To determine whether the Court has jurisdiction, IT IS ORDERED that within FOURTEEN (14) days, the Government supplement its Response with the status of the BIA appeal; advise whether Disla is still detained; and, if he is

detained, provide Disla's alien registration number, current location, and authority for detention.

Signed at Lafayette, Louisiana on this 17th day of September, 2026.

CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE